**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **BSG TECH LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **CHRISTIANBOOK.COM, LLC**, <br><br> Defendant. | CIVIL ACTION NO. 2:14-cv-596 <br><br> **PATENT CASE** <br><br> **JURY TRIAL DEMANDED** |

**STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1), Fed.R.Civ.P., Plaintiff BSG Tech LLC provides this Notice of voluntary dismissal WITH PREJUDICE of its Complaint against Defendant Christianbook.com, LLC with each party to bear its own costs, expenses and attorneys' fees. In accordance with Rule 41(a)(1)(A)(i), Fed.R.Civ.P., BSG Tech LLC states that this Notice has been filed before Defendant Christianbook.com, LLC has served an answer or motion for summary judgment.

Dated: July 25, 2014

Respectfully submitted,

 */s/ David R. Bennett*
By: David R. Bennett
**DIRECTION IP LAW**
P.O. Box 14184
Chicago, IL 60614-0184
Telephone: (312) 291-1667
e-mail: dbennett@directionip.com

**ATTORNEY FOR PLAINTIFF
BSG TECH LLC**

1

## CERTIFICATE OF CONFERENCE

I certify that I communicated with defendant concerning this stipulation on July 25, 2014, and defendant agreed to this stipulated dismissal with prejudice.

>*/s/ David R. Bennett*
>David R. Bennett

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on July 25, 2014, via the Court's CM/ECF system.

>*/s/ David R. Bennett*
>David R. Bennett