# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **BSG TECH LLC,** | |
| Plaintiff, | CIVIL ACTION NO. 2:14-cv-596 |
| v. | **PATENT CASE** |
| **CHRISTIANBOOK.COM, LLC**, | **JURY TRIAL DEMANDED** |
| Defendant. | |

## ORDER

The Stipulated Notice of Voluntary Dismissal with Prejudice of all claims asserted between Plaintiff BSG Tech LLC and Defendant Christianbook.com, LLC, is GRANTED,

It is therefore ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff BSG Tech LLC and Defendant Christianbook.com, LLC, are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 13th day of October, 2014.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE